Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| CARLOS ASCANIO TORRES | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 24-CV-668 |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice as moot.

| | |
|---|---|
| Date: August 7, 2024 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Colin<br>     Deputy Clerk |